# United States District Court
## Southern District of Georgia

**CV506-057**

| Joyce Cliett | Case No. _____ |
|---|---|
| Plaintiff | |
| v. | Appearing on behalf of |
| Tony Paulk | Tony Paulk |
| Defendant | (Plaintiff/Defendant) |

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR83.4 admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This __16th__ day of __August__, __2006__.

_____
JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE
\*\*\*

**NAME OF PETITIONER:** Christopher E. Parker

**Business Address:** Freeman, Mathis & Gary LLP
*Firm/Business Name*

100 Galleria Parkway
*Street Address*

| Suite 1600 | Atlanta | GA | 30339 |
|---|---|---|---|
| Street Address (con't) | City | State | Zip |

Mailing Address (if other than street address)

| Address Line 2 | City, State, Zip |
|---|---|
| (770) 818-1404 | 562152 |
| Telephone Number (w/ area code) | Georgia Bar Number |