# United States District Court
## Southern District of Georgia

| | |
|---|---|
| Joyce Cliett | Case No. C 506-057 |
| Plaintiff | |
| v. | Appearing on behalf of |
| Tony Paulk | Tony Paulk |
| Defendant | (Plaintiff/Defendant) |

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR83.4 admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This 16th day of August, 2006.

_____
JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE
***

**NAME OF PETITIONER:** Susan K. Richter

**Business Address:** Freeman, Mathis & Gary LLP
Firm/Business Name

100 Galleria Parkway
Street Address

| Suite 1600 | Atlanta | GA | 30339 |
|---|---|---|---|
| Street Address (con't) | City | State | Zip |

Mailing Address (if other than street address)

| Address Line 2 | City, State, Zip |
|---|---|
| (770) 818-1298 | 153024 |
| Telephone Number (w/ area code) | Georgia Bar Number |